CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL, State Bar No. 106790
caldwell@caldwell-leslie.com
ANDREW ESBENSHADE, State Bar No. 202301
esbenshade@caldwell-leslie.com
1000 Wilshire Blvd., Suite 600
Los Angeles, California 90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Defendants MTV NETWORKS, INC.,
WARNER HORIZON TELEVISION INC.,
DREAM MERCHANT 21 ENTERTAINMENT, INC.,
and DAFT PRODUCTIONS INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BARAIRO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MTV NETWORKS, INC., WARNER HORIZON TELEVISION INC., DREAM MERCHANT 21 ENTERTAINMENT, INC., DAFT PRODUCTIONS INC., and INVISIBLE STRIPES CLOTHING,<br><br>　　　　Defendants. | Case No. CV09-1742-EDL<br><br>Hon. Elizabeth D. Laporte<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS**<br><br>**Date:　September 29, 2009**<br>**Time:　9:00 a.m.**<br>**Place:　Courtroom E, 15th floor**<br>**　　　　450 Golden Gate Avenue**<br>**　　　　San Francisco, CA 94102** |

CALDWELL
LESLIE &
PROCTOR

## ORDER

On September 29, 2009, at 9:00 a.m., counsel for Plaintiff Kevin Barairo, counsel for Defendants MTV Networks, Inc, Warner Horizon Television Inc., Dream Merchant 21 Entertainment, Inc., and Daft Production Inc.'s ("Producer Defendants") and counsel for Defendant Invisible Stripes, LLC's ("Defendant Invisible Stripes") appeared before the Court on Producer Defendants' Motion to Dismiss (Doc. No. 9), and Invisible Stripes' Motion to Dismiss (Doc. No. 29) (both referred herein as the "Motions to Dismiss").

Having considered the Motions to Dismiss, Plaintiff's Opposition to Defendants' Motion to Dismiss and Statement of Non-Opposition to Selected Causes of Action (Doc. No. 33), and Defendants' Replies in Support of their Motions to Dismiss (Doc. Nos. 34, 35), all documents submitted therewith, the file in this case and having heard oral arguments of the parties, and finding good cause therefore,

**IT IS HEREBY ORDERED** that:

1. Producer Defendants' Motion to Dismiss is GRANTED. Plaintiff's fifth claim for trademark dilution, eighth claim for false advertising, ninth claim for interference with contract, and tenth claim for interference with prospective economic advantage against Producer Defendants are hereby DISMISSED with prejudice. Plaintiff's remaining claims against Producer Defendants are DISMISSED with leave to amend.

2. Defendant Invisible Stripes' Motion to Dismiss is GRANTED. Plaintiff's first claim infringement of registered trademark, fifth claim for trademark dilution, eighth claim for false advertising, and ninth claim for interference with contract against Defendant Invisible Stripes are hereby DISMISSED with prejudice. Plaintiff's third claim

for False Designation of Origin; fourth claim for Trade Dress Infringement; sixth claim for Unfair Competition; and tenth claim for Interference with Prospective Economic Advantage against Invisible Stripes are DISMISSED with leave to amend.

3. Plaintiff may file an amended pleading on or before **October 15, 2009.**

4. The parties are directed to meet and confer regarding any stipulation to extend the court deadlines previously set in this matter.

IT IS SO ORDERED.

DATED: \_\_\_\_\_October 5\_\_\_\_\_, 2009

By: _____/s/ Elizabeth D. Laporte_____
Hon. Elizabeth D. Laporte
United States Magistrate Judge

-2-