Robert M. Bodzin, State Bar No. 201327
Email: rbodzin@burnhambrown.com
Ronnie R. Gipson, Jr., State Bar No. 237673
Email  rgipson@burnhambrown.com

BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:     (510) 444-6800
Facsimile:      (510) 835-6666

Attorneys for Defendant
INVISIBLE STRIPES LLC, erroneously sued herein as
INVISIBLE STRIPES CLOTHING

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BARAIRO,<br><br>          Plaintiff,<br><br>v.<br><br>MTV NETWORKS, INC., WARNER HORIZON TELEVISION, INC., DREAM MERCHANT 21 ENTERTAINMENT, INC., DAFT PRODUCTIONS, INC., and INVISIBLE STRIPES CLOTHING,<br><br>          Defendants. | No. CV 09-1742-EDL<br><br>NOTICE OF SETTLEMENT AND REQUEST FOR SUSPENSION OF DEADLINES; & [PROPOSED] ORDER<br><br>Complaint filed April 21, 2009 |

   The parties, through their attorneys of record, hereby notify the Court that they have reached a settlement of this action.  The parties are in the process of finalizing the settlement and request that all deadlines in the case be stayed for a period of thirty (30) days to allow them to comply with their settlement obligations.

Dated: October 15, 2009                    BURNHAM BROWN

                                           By:  /s/ Ronnie R. Gipson, Jr.
                                             Ronnie R. Gipson Jr.
                                             Attorneys for Defendant
                                             INVISIBLE STRIPES, LLC

Dated: October 15, 2009   LAW OFFICE OF CHE L. HASHIM

By: /s/ Che L. Hashim
Che L. Hashim
Attorneys for Plaintiff
KEVIN BARAIRO

Dated: October 15, 2009   CALDWELL LESLIE & PROCTOR, PC

By: /s/ Andrew Esbenshade
Andrew Esbenshade
Attorneys for Defendants
MTV NETWORKS, INC., WARNER
HORIZON TELEVISION INC., DREAM
MERCHANT 21 ENTERTAINMENT, INC.,
and DAFT PRODUCTIONS, INC.

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest that concurrence in the filing of this document has been obtained from its signatory.

Dated: October 15, 2009

/s/ Ronnie R. Gipson, Jr.
Ronnie R. Gipson Jr.

# [PROPOSED] ORDER

Pursuant to the parties' notice of settlement, all deadlines in this action are stayed for thirty (30) days. The parties shall provide a joint status report no later than November 16, 2009, if no request for dismissal has been filed before then.

**IT IS SO ORDERED.**

October 16, 2009

*Elijah D. Laporte*

**UNITED STATES MAG. JUDGE**

971676

2
NOTICE OF PROVISIONAL SETTLEMENT AND REQUEST FOR   No. CV 09-1742 EDL
SUSPENSION OF DEADLINES; & [PROPOSED] ORDER