LAW OFFICE OF CHÉ L. HASHIM
Ché L. Hashim (SBN # 238565)
861 Bryant Street
San Francisco, CA 94103
Telephone: (415) 487-1700
Facsimile:  (415) 431-1312
Email: che.hashim.esq@gmail.com

Attorney for Plaintiff
KEVIN BARAIRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BARAIRO.,<br><br>            Plaintiff,<br><br>      vs.<br><br>MTV NETWORKS, INC., WARNER HORIZON TELEVISION, INC., DREAM MERCHANT 21 ENTERTAINMENT, INC., DAFT PRODUCTIONS, INC., and INVISIBLE STRIPES CLOTHING.<br><br>            Defendants | Case No.: CV09-1742 EDL<br><br>HON. ELIZABETH D. LAPORTE<br><br>**PARTIES' STIPULATION TO DISMISSAL OF ACTION WITH PREJUDICE.**<br><br>**[F.R.C.P. RULE 41(a)(1)(A)(ii)]** |

**Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), all parties to the above action hereby stipulate to the dismissal of this action, with prejudice, in satisfaction of the settlement reached during the Early Neutral Evaluation conducted on October 14, 2009.**

**DATED:  October 30, 2009**      Respectfully submitted,


          **/S/ CHE L. HASHIM**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CHE L. HASHIM**
**Attorney for Plaintiff**
**KEVIN BARAIRO**


**/S/ RONNIE GIPSON**
**RONNIE GIPSON**
**Attorney for Defendant**
**INVISIBLE STRIPES, LLC**


**/S/ ANDY ESBENSHADE**
**ANDY ESBENSHADE**
**Attorney for Defendants**
**MTV NETWORKS, INC.**
**WARNER HORIZON TELEVISION, INC.**
**DREAM MERCHANT ENT., INC.**
**DAFT PRODUCTIONS, INC.**